# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

HYPER SLS LTD, et al.,

    Plaintiff(s),

v.

T1 PAYMENTS, LLC,

    Defendant(s).

Case No. 2:22-cv-01517-APG-NJK

**Order**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than December 19, 2022, a joint proposed discovery plan.

IT IS SO ORDERED.

Dated: December 12, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1