# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HYPER SLS LTD., et al., | Case No.: 2:22-cv-01517-APG-NJK |
| Plaintiffs | **Order for Status Report** |
| v. | |
| T1 PAYMENTS, LLC, | |
| Defendant | |

This case has been stayed due to the automatic bankruptcy stay in bankruptcy case 23-10290-MKN in the United States Bankruptcy Court for the District of Nevada. *See* ECF No. 22. A review of the bankruptcy court's docket shows that the bankruptcy case is now closed.

I THEREFORE ORDER the parties to confer and file a joint status report **by July 28, 2025** regarding what, if anything, remains of this case and how they intend to proceed in this action if it was not resolved through the bankruptcy proceeding.

DATED this 1st day of July, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE