# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HYPER SLS LTD., et al., | Case No.: 2:22-cv-01517-APG-NJK |
| Plaintiffs | **Order for Status Report** |
| v. | |
| T1 PAYMENTS, LLC, | |
| Defendant | |

This case has been stayed due to the automatic bankruptcy stay in bankruptcy case 23-10290-MKN in the United States Bankruptcy Court for the District of Nevada. *See* ECF No. 22. A review of the bankruptcy court's docket shows that the bankruptcy case is now closed, so I ordered the parties to file a status report regarding what, if anything, remains of the case and how they intend to proceed. ECF No. 23.  Plaintiff responded by indicating that it intended to file a joint stipulation of dismissal after conferring with the defendant. ECF No. 24.  Nothing has been filed.

I THEREFORE ORDER the parties to confer and file a joint status report **by September 29, 2025** regarding what, if anything, remains of this case and how they intend to proceed in this action if it was not resolved through the bankruptcy proceeding.  Alternatively, the parties may file a stipulation to dismiss.  The failure to comply with this order may result in dismissal of this case.

DATED this 8th day of September, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE