Brian Walters, Esq.
GORDON REES SCULLY MANSUKHANI, LLP
Nevada Bar No. 9711
300 S. 4th Street
Suite 1500
Las Vegas, Nevada 89109
Tel: (702) 577-9300
Email: bwalters@grsm.com

Jason D. Wright, Esq. (*admitted pro hac vice*)
STEPTOE LLP
1114 6th Ave
New York, New York 10036
Tel: (212) 506-3900
Email: jwright@curtis.com

Kaitlyn T. Kocharian, Esq. (*admitted pro hac vice*)
CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178
Tel.: (212) 696-6000
Fax: (212) 697-1559
Email : kkocharian@curtis.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HYPER SLS LTD D/B/A HYPER TECH Z, D.N.G FZE D/B/A TECH DAILY X, AND G COM PTE LTD., <br><br> Plaintiffs, <br><br> v. <br><br> T1 PAYMENTS, LLC, a Nevada limited liability company, <br><br> Defendant. | Case No.:   2:22-cv-01517-APG-NJK <br><br> **JOINT STIPULATION OF DISMISSAL** |

JOINT STIPULATION OF DISMISSAL
-1-

IT IS HEREBY JOINTLY STIPULATED AND AGREED by Plaintiff HYPER SLS LTD D/B/A HYPER TECH Z, D.N.G FZE D/B/A TECH DAILY X, and G COM PTE LTD., and Defendant T1 PAYMENTS, LLC, by and through undersigned, that the above-captioned action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party bearing its own costs, including attorneys' fees.

DATED this 10th day of September 2025        Respectfully submitted,

| | |
|---|---|
| **GORDON REES SCULLY MANSUKHANI, LLP** | **MCDONALD CARANO** |
| */s/ Brian K. Walters* <br> BRIAN WALTERS, ESQ. <br> Nevada Bar No. 9711 <br> 300 S. 4th Street <br> Suite 1500 <br> Las Vegas, Nevada 89109 <br> Tel: (775) 467-2605 <br> Email: bwalters@grsm.com | */s/ Aaron D. Shipley* <br> AARON D. SHIPLEY, ESQ. <br> Nevada Bar No. 8258 <br> 2300 West Sahara Avenue, Suite 1200 <br> Las Vegas, Nevada 89102 <br> <br> *Attorneys for Defendant* |

**STEPTOE LLP**

*/s/ Jason D. Wright*
JASON D. WRIGHT, ESQ.
(*admitted pro hac vice*)
1114 6th Ave
New York, New York 10036
Tel: (212) 506-3900
Email: jwright@curtis.com

**CURTIS, MALLET-PREVOST, COLT & MOSLE LLP**

*/s/ Kaitlyn Kocharian*
KAITLYN T. KOCHARIAN, ESQ.
(*admitted pro hac vice*)
101 Park Avenue
New York, New York 10178
Tel.: (212) 696-6000
Email: kkocharian@curtis.com

*Attorneys for Plaintiffs*

JOINT STIPULATION OF DISMISSAL
-2-

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HYPER SLS LTD D/B/A HYPER TECH Z, D.N.G FZE D/B/A TECH DAILY X, AND G COM PTE LTD.,<br><br>    Plaintiffs,<br><br>v.<br><br>T1 PAYMENTS, LLC, a Nevada limited liability company,<br><br>    Defendant. | Case No.:  2:22-cv-01517-APG-NJK |

## **ORDER**

Pursuant to the Stipulation of Dismissal under Fed. R. Civ. Pro. 41(a)(1)(A)(ii), the Court dismisses Plaintiff's complaint without prejudice, with each party bearing its own costs, including attorneys' fees.

SO ORDERED this 11th day of September, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE